**Paul David BROMBERG v. BANKERS TRUST COMPANY OF DETROIT.**

No. 7300.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1936.

Louis Smilansky, of Detroit, Mich., for appellant.

Frank C. Cook and John P. O'Hara, both of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

■

**Mrs. Veda Lucell BROWN and Mrs. Annie Finnie Brown v. UNITED STATES of America.**

No. 7327.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Bailey Walsh, of Memphis, Tenn., for appellants.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Docketed and dismissed on court's own motion.

■

**Rex BRUGH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 4071.

Circuit Court of Appeals, Fourth Circuit.

July 4, 1936.

Frederick L. Pearce, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of the Treasury, and Philip M. Clark, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.

■

**Marshall BURNS, Bankrupt, Appellant, v. Forrest A. BROWN, John T. Porterfield, and Lee Bushong, Jr., Trustees in Bankruptcy of the Estate of Marshall Burns, Bankrupt, Appellees.**

No. 4028.

Circuit Court of Appeals, Fourth Circuit.

April 9, 1936.

Geo. M. Beltzhoover, Jr., of Charles Town, W. Va., for appellant.

PER CURIAM.

Appeal dismissed, with costs.